AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED

*January 17, 2024*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Jason Allan Jackson<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. **4:24-mj-0020** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 11, 2024 _____ in the county of _____ Harris _____ in the
_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 115 | Threats Against Federal Official |
| 42 USC § 1320a-8b | Interfering with Social Security Administration |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

*St. P. Ochocki*
_____
*Complainant's signature*

Special Agent Steven Ochocki
_____
*Printed name and title*

Sworn to   by telephone _

Date: _____ 01/17/2024 _____

*Peter Bray*
_____
*Judge's signature*

City and state: _____ Houston, Texas _____

United States Magistrate Judge Peter Bray
_____
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.  **4:24-mj-0020** |
| JASON ALLAN JACKSON | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Steven Ochocki, being duly sworn deposes and states the following:

1.      I am a Special Agent with the Social Security Administration - Office of the Inspector General (SSA-OIG) and I am submitting this affidavit in support of a criminal complaint charging JASON JACKSON with violations of 18 U.S.C. § 115 (threats against federal official); and 42 U.S.C. § 1320a-8b (interfering with the Social Security Administration).

2.      The facts that support a finding of probable cause that JASON JACKSON committed the offenses described above are as follows:

3.      Affiant is a Special Agent with SSA-OIG and has been a law enforcement officer involved in felony criminal investigations for the past 10 years. Affiant has graduated from four law enforcement academies with a total of over 2,500 hours of academy training. Affiant has participated in hundreds of criminal investigations in the course of Affiant's official duties.

4.     The information in the following paragraphs, furnished in support of this affidavit, comes from the personal investigation of Affiant, and from information relayed to Affiant directly by other officials or through Affiant's review of their investigative reports.

5.     This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant, and it does not set forth all of my knowledge about this matter.

6.     On January 11, 2024, JASON JACKSON submitted the following threat by email to the Social Security Administration (SSA) Comment Mailbox:

a.     I Jason A Jackson have written to the SSA office in Pasadena TX and the other Houston TX locations to update my mailing address but the SSA office employees STILL HAVEN'T UPDATED MY MAILING ADDRESS ON FILE I'VE SENT THEM 4-5 WRITTEN LETTERS AND THEY HAVE INTENTIONALLY REFUSED TO UPDATE IT. SO I FILED A REPORT WITH THE DOJ, FBI AND SSA OIG FOR SSA EMPLOYEES COMMITTING A FEDERAL CRIME BECAUSE THEY ARE BREAKING FEDERAL LAWS BY REFUSING TO UPDATE A SSA BENEFICIARY BENEFITS RECORDS AND THEN SAY OH WE SENT YOU LETTER SAYING YOU OWE US MONEY AND YOU DIDN'T RESPOND SO NOW WE'RE TAKING YOUR WHOLE BENEFITS. I CAN'T RECEIVE MAIL IF YOU DON'T UPDATE MY MAILING ADDRESS WHERE I GET MAIL. YOU HAVE AN OLD ADDRESS ON FILE. I KEPT COPIES OF EVERY LETTER WITH THE DATES ON THEM AS PROOF. I'M GOING TO END UP GOING TO EACH LOCAL SSA OFFICE WITH MY AR-15 AND JUST SHOOT IT UP AND ALL IT'S EMPLOYEES IN IT SINCE THEY ARE PLAYING WITH MY LIVELY HOOD I WILL PLAY WITH THERE AS WELL. YOU HAVE THE WRONG SCHIZOPHRENIC, BIPOLAR DEPRESSED PERSON TO FUCK OVER. I'M NOW TAKING A STANCE AGAINST THE SSA OFFICE ABUSE."

2

7.      On January 12, 2024, JACKSON's email was reviewed by SSA. SSA Occupant Emergency Analyst Edward Brown notified the Federal Protective Service (FPS), the Houston Police Department, the SSA Pasadena Office, the SSA Houston Northeast Office, the SSA Houston Southeast Office, the SSA Houston Southwest Office, and the SSA Houston Northwest Office of JACKSON's threat. Analyst Brown completed AIRS Report Number 2024-01-009166 regarding the threat. Additionally, SSA-OIG was notified, and an agent immediately responded to the SSA Pasadena Office.

8.      On January 12, 2024, the SSA Regional Office authorized an additional guard at all four metropolitan SSA offices and the SSA Pasadena Office. The five additional guards are expected to cost SSA approximately $7,000 a week.

9.      On January 12, 2024, your Affiant reviewed JACKSON's criminal record and learned that he has been arrested at least nine times. Since 2018, JACKSON has been arrested three times by the Houston Police Department. He was arrested for Terroristic Threat Cause Fear of Imminent Serious Bodily Injury in June 2018, Harassment in August 2019, and Aggravated Assault Causing Serious Bodily Injury in January 2020. JACKSON's community supervision for his 2020 Aggravated Assault charge ended on July 25, 2023.

3

10.    On January 16, 2024, your Affiant reviewed records indicating that JACKSON attempted to purchase a firearm on June 14, 2019, but was denied after a National Instant Criminal Background Check (NICS).

11.    On January 17, 2024, your Affiant reviewed JACKSON's SSA record and learned that his record has been flagged with the message: "HIGH RISK ALERT: BANNED FROM OFFICE – Effective 08/28/2019." This means that JACKSON has been banned from entering any SSA properties since August 2019. He can only contact SSA by mail, email, or telephone.

12.    On January 17, 2024, your Affiant reviewed JACKSON's 2019 Ban Letter and accompanying ARIS Report Number 207466. On August 27, 2019, JACKSON told an SSA employee at the Houston Southwest Office: "You guys take people's money away. You know that I have already snatched two federal workers through windows here in the office, and you will be next. Three times a charm and I will snatch you too." FPS and SSA-OIG were notified of JACKSON's threat.

13.    On January 17, 2024, I reviewed the information on JACKSON's Texas Identification Card, which was renewed on December 8, 2023. He listed his height as 6 feet and 1 inch, and his weight as 235 pounds.

14.    On January 17, 2024, your Affiant reviewed a signed suicide note that JACKSON submitted to SSA in November 2023, and accompanying ARIS Report Number 2023-11-007502. According to the report, JACKSON sent a handwritten

letter to the SSA Area Director in Dallas, Texas. In the letter, JACKSON states the following:

> a.      My name is Jason Allan Jackson DOB: [xx]/[xx]/[xxxx] SS# [xxx]-[xx]-[xxxx]… I drank a bottle of Peroxide along with my Meds in attempt to kill myself, but failed so I'm planning on another suicide plan to take me out… I do have a attorney who is a disability attorney + former prosecutor who said he would take my case in my lawsuit against SSA. SSA is corrupt. I already have my suicide letter written + explained how the SSA has been stealing & causing me homeless + suicide… just totally STOP ALL MY BENEFITS! COMPLETELY. My Death will be on SSA employee hands.

15.    After receiving this letter, SSA contacted the Houston Police Department and asked them to perform a welfare check on JACKSON.

16.    On January 17, 2024, your Affiant located JACKSON's December 2023 overpayment letter and learned that he owes SSA approximately $1,074 in overpayments. SSA is withholding $60 a month out of his total $1,060 monthly SSA benefits.

17.    On January 17, 2024, your Affiant reviewed ARIS Report Number 100066 regarding JACKSON's 2016 threat to an SSA employee. According to the report, on January 25, 2016, JACKSON spoke with an SSA employee at the Houston Southwest Office by phone and stated "there will be no peace or negotiation" when he visits the office. The SSA employee asked him to clarify what he meant, and he stated, "Just what I said and have a good day." FPS and SSA-OIG were notified of JACKSON's threat.

5

18.   On January 17, 2024, your Affiant reviewed JACKSON's SSA records and learned that he is receiving SSA Disability Benefits of $1,060 per month, less the $60 withholding to his Bancorp Bank Checking Account. The records also list his disability as: "Depression, Bipolar, and Related Disorders."

I, Steven Ochocki, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Steven Ochocki
Special Agent
Social Security Administration
Office of Inspector General
Office of Investigations

Subscribed and sworn to me by telephone on January 17, 2023, and I find probable cause.

_____
The Honorable Peter Bray
United States Magistrate Judge

6